**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM SCHIMPF, individually and d/b/a ) <br> Bassett's Dawg House, and JANE GRIFFIN ) <br> SCHIMPF, ) <br> ) <br> Defendants. ) | Civil No. 3:04-0689 <br> Judge Trauger <br> Magistrate Judge Brown |

## **O R D E R**

On August 30, 2005, the Magistrate Judge issued a Report and Recommendation, recommending an award of statutory damages, attorney's fees and expenses pursuant to the Entry of Default Judgment against the defendants. (Docket No. 29)  No timely objections have been filed.  The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby **ORDERED** that judgment is hereby entered in favor of the plaintiff against the defendants William Schimpf, individually, and d/b/a Bassett's Dawg House and Jane Griffin Schimpf, jointly and severally, in the amount of $55,000 in statutory damages and $1,846.88 in attorney's fees and costs, for the total amount of $56,846.88.

It is so **ORDERED.**

Enter this 4th day of October 2005.

_____
ALETA A. TRAUGER
U.S. District Judge